No. 53254.—American Express Co. v. United States, protest 134377–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 53255.—Reliance Sales v. United States, protests 134623–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

No. 53256.—General Sportcraft Co., Ltd., et al. v. United States, protests 134726–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

No. 53257.—The Algren Mfg. Co. et al. v. United States, protests 142762–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

No. 53258.—Tavannes Watch Co., Inc. v. United States, protest 144417–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 53259.—A. Simon Baby Carriages, Inc. v. United States, protest 145081–K (New York).

Opinion by LAWRENCE, J. The protest was dismissed.

No. 53260.—British West Indies Co. et al. v. United States, protests 145564–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, JUNE 14, 1949

No. 53261.—American Express Co. et al. v. United States, protests 38986–K/89549, etc. (Chicago).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.